CARROLL vs. THE CITY OF ATLANTA.

This case, involving a claim to recover damages on account of the overflowing of lands lying on a stream below the city water-works, is similar, both in its facts and the law bearing on them, to the case of *Brown vs. The City of Atlanta*, 66 *Ga.*, 71, and is controlled by it. Judgment affirmed.

February 7, 1885.

JACKSON, Chief Justice.

[This was a suit against the city of Atlanta to recover damages alleged to have been done to crops on land lying on a stream below the reservoir of the city water works, by letting off water from the reservoir and flooding the land. The jury found for the defendant. Plaintiff moved for a new trial, which was refused, and he excepted.]